FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RHONDA H.,<br><br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | NO: 2:19-CV-328-RMP<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

On September 30, 2019, Magistrate Judge Mary K. Dimke denied *pro se* Plaintiff Rhonda H.'s [1] application to proceed *in forma pauperis*, with leave to amend and renew the application. ECF No. 5. Plaintiff had thirty days to either renew her application to proceed *in forma pauperis* or pay the filing fee.

On November 4, 2019, Magistrate Judge John T. Rodgers entered a Report and Recommendation in this matter. ECF No. 7. Magistrate Judge Rodgers

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial, and, subsequently, Plaintiff's first name only, throughout this decision.

ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE ~ 1

reported that Plaintiff failed to pay the filing fee or amend her application to proceed *in forma pauperis* within the required thirty-day period. ECF No. 7. Upon an independent review of the record, this Court agrees and finds that Plaintiff failed to comply with Magistrate Judge Dimke's order. Plaintiff filed no objections or response to Magistrate Judge Rodgers' Report and Recommendation,

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 7**, is **adopted in its entirety**.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter a judgment of dismissal without prejudice, provide copies to *pro se* Plaintiff and to counsel, and **close this case**.

**DATED** November 21, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE ~ 2